UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>v.<br><br>Quang Dang Hoang,<br><br>    Defendant,<br><br>_____/ | Case: 2:24−cr−20568<br>Assigned To : Berg, Terrence G.<br>Referral Judge: Altman, Kimberly G.<br>Assign. Date : 10/4/2024<br>Description: INFO USA V. HOANG (DJ)<br><br>Violation:<br>8 U.S.C. § 1324(a)(3)(A) |

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES

### COUNT ONE
### 8 U.S.C. § 1324(a)(3)(A) –Employing Illegal Alien(s)

Beginning on or about September 21, 2021, and continuing until October 30, 2022, in the Eastern District of Michigan, the defendant, Quang Dang Hoang, knowingly hired for employment at least 10 individuals, with actual knowledge that the individuals were aliens unauthorized to work in the United States, and who were brought into the United Staes unlawfully, in violation of Title 8, United States Code,

Section 1324(a)(3)(A).

DAWN N. ISON
United States Attorney

*s/Michael Martin*
Michael Martin
Assistant United States Attorney
Chief, National Security Unit

*s/Susan E. Fairchild*
Susan E. Fairchild
Assistant United States Attorney

Dated: October 4, 2024

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes   ☒ No | AUSA's Initials: *SF* |

**Case Title:** USA v. Quang Dang Hoang

**County where offense occurred:** Wayne

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

    ____Indictment/____Information --- **no** prior complaint.
    ____Indictment/ ✓ Information --- based upon prior complaint [**Case number:** 23-mj-30020  ]
    ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____   **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

October 4, 2024
    Date

*Susan Fairchild*
Susan Fairchild
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226-3277
Phone: (313) 226-9577
Fax:
E-Mail address: Susan.Fairchild@usdoj.gov
Attorney Bar #: P41908

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.